# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>TWELVE ELECTRONIC DEVICES ASSOCIATED WITH<br>DOUGLAS GLANCY, STORED AT THE OFFICES OF THE<br>CHILD EXPLOITATION AND OBSCENITY SECTION<br>OF THE DEPARTMENT OF JUSTICE | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: TWELVE ELECTRONIC DEVICES ASSOCIATED WITH DOUGLAS GLANCY, STORED AT THE OFFICES OF THE CHILD EXPLOITATION AND OBSCENITY SECTION OF THE DEPARTMENT OF JUSTICE

located in the _____ District of __Columbia__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments A and B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

The application is based on these facts:

See attached Affidavit in Support of Search Warrant

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christopher Janczewski, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/31/2017

*Judge's signature*

City and state: District of Columbia    Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*