UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | : | Magistrate No. |
| OF THE TWELVE ELECTRONIC | : | |
| DEVICES ASSOCIATED WITH | : | |
| DOUGLAS GLANCY, STORED AT | : | |
| THE OFFICES OF THE CHILD | : | |
| EXPLOITATION AND | : | |
| OBSCENITY SECTION OF THE | : | |
| DEPARTMENT OF JUSTICE | : | |

**MOTION AND SUPPORTING MEMORANDUM TO SEAL AFFIDAVIT IN
SUPPORT OF SEARCH WARRANT AND RELATED DOCUMENTS**

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, respectfully to move for an order to place and maintain under seal, until further order of the Court, the Affidavit in Support of Search Warrant for twelve electronic devices associated with Douglas Glancy, stored at the offices of the Child Exploitation and Obscenity Section of the Department of Justice, the Applications for Search Warrant, the Search Warrant, the Return on the Search Warrant, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion. In support whereof, the Government states as follows:

1. The United States government is investigating a darknet[1] child exploitation site ("Darknet Site 1"). Agents acting in an undercover capacity, while in Washington, D.C., accessed Darknet Site 1, and confirmed that the site allows users to purchase videos depicting minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and (a)(4)(B). Captions of the videos provide further corroboration that the content includes minors.

---

1 A darknet market is a commercial website that operates in a hidden portion of the Internet, called the dark web, which requires special software to access.  Darknet markets—such as Silk Road, AlphaBay, and others—function primarily as black markets, selling or brokering transactions involving drugs, weapons, stolen credit card details, and other illicit goods.

In fact, Darknet Site 1 specifically directs its customers to not upload any adult pornography. An undercover review of the site, which included sessions conducted while in Washington, D.C., revealed numerous child exploitation videos. Many of these videos contained violent images as well as infant penetration. Darknet Site 1 directs its customers to pay via Bitcoin, as one means to access these videos.[2]

2. The Affidavit in Support of Search Warrant ("the Affidavit") references evidence gathered in the course of the investigation and identifies the property for which the United States seeks a search warrant. The public disclosure of the Government's evidence could compromise the integrity of the investigation. Moreover, disclosure might alert individuals who are the subject of the investigation of the existence and extent of the investigation, and it might alert these same individuals of the particular methods being used by law enforcement to survey their illegal activities. If information about the case became public knowledge, it could alert the subjects who might flee to evade arrest or destroy evidence to frustrate prosecution, as well as move their ill-gotten gains beyond the ken of the Court. Ultimately, the government also fears that premature release of the information in the affidavit might compromise the prosecution's success and, conceivably, endanger the safety of agents involved in executing the warrant.

3. As stated in Washington Post v. Robinson, 935 F.2d 282, 288 (D.C. Cir. 1999), there is a presumption of access to Court proceedings. But, this can be overridden if "'(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to

---

2 Bitcoins are a form of anonymous, decentralized virtual currency.

closure that would adequately protect the compelling interest.'" Id. at 290 (quoting Oregonian Pub. Co. v. United States Dist. Court, 920 F.2d 1462, 1466 (9th Cir. 1990)).

4. In this matter, the United States has a compelling interest in preserving the integrity of its investigation and assuring the preservation of evidence. A limited sealing order ensuring that filings related to the search warrant are not accessible from the Court's public files is narrowly tailored to serve a compelling interest.

5. Furthermore, the United States respectfully submits that complying with the normal notice requirements of Washington Post would defeat the purpose of the motion to seal. Persons who know the criminal justice system also know that docketing a motion to seal a seizure warrant affidavit or a resulting sealing order means that the Government intends to seize the property. 935 F.2d at 288-290. Thus, if this motion to seal or a sealing order were to become public, it would be the same as making public the plan to seize the property. Persons who know the criminal justice system also know that docketing a motion to seal a search warrant affidavit or a resulting sealing order means that the government intends to seize the property.

6. Pursuant to Fed.R.Crim.P. 49.1(b)(1) and 49.1(b)(7), the United States respectfully submits that there is no requirement for any document filed in this case to be redacted. There is no opposing party whose position on this motion can be ascertained and stated in this motion. A proposed order granting this motion is attached for the Court's convenience.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal, until further order of the Court, the Affidavit in Support of Search Warrant for the above-listed property, the Application for Search Warrant, the Search Warrant, the Return on the Search Warrant, this Motion and Supporting Memorandum, the proposed order attached to this Motion, and any Order granting this motion.

                Respectfully submitted,

                JESSIE K. LIU
                UNITED STATES ATTORNEY
                D.C. Bar number 472845

By:      /s/
                ZIA M. FARUQUI, D.C. Bar No. 494990
                Assistant United States Attorney
                555 Fourth Street, N.W., Room 4806
                Washington, D.C. 20530
                (202) 252-7117
                Zia.Faruqui@USDOJ.Gov