UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH : | Magistrate No. |
| OF THE TWELVE ELECTRONIC : | |
| DEVICES ASSOCIATED WITH : | |
| DOUGLAS GLANCY, STORED AT : | |
| THE OFFICES OF THE CHILD : | |
| EXPLOITATION AND : | |
| OBSCENITY SECTION OF THE : | |
| DEPARTMENT OF JUSTICE : | |

**O R D E R**

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, this Court grants the Government's motion and Orders that:

1. The Clerk of the Court shall place and maintain under seal, until further order of the Court, the Search Warrant for the above-listed property, Applications for Search Warrant, the Affidavit in Support of Application for Search Warrant, the Return on the Search Warrant, this Motion and Supporting Memorandum, and this Order; and

2. The Government is authorized to disclose any of the above-listed documents in order to comply with any discovery, Giglio, or Brady obligations in any criminal case.

**SO ORDERED, this _____ day of October, 2017.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

cc:   AUSA Zia M. Faruqui
      555 Fourth Street, N.W., Room 4806
      Washington, D.C. 20530