

**FILED**

**OCT 3 1 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH　　　:
OF THE TWELVE ELECTRONIC　　　　　:
DEVICES ASSOCIATED WITH　　　　　　: Case No: 1:17-mj-804
DOUGLAS GLANCY, STORED AT　　　　: Assigned To: Magistrate Judge Deborah A. Robinson
THE OFFICES OF THE CHILD　　　　　　: Date Assigned: 10/31/2017
EXPLOITATION AND　　　　　　　　　　: Description: Search and Seizure Warrant
OBSCENITY SECTION OF THE　　　　　　:
DEPARTMENT OF JUSTICE　　　　　　　:

# O R D E R

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, this Court grants the Government's motion and Orders that:

1.　　The Clerk of the Court shall place and maintain under seal, until further order of the Court, the Search Warrant for the above-listed property, Applications for Search Warrant, the Affidavit in Support of Application for Search Warrant, the Return on the Search Warrant, this Motion and Supporting Memorandum, and this Order; and

2.　　The Government is authorized to disclose any of the above-listed documents in order to comply with any discovery, <u>Giglio</u>, or <u>Brady</u> obligations in any criminal case.

**SO ORDERED,** this ___31st___ day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　AUSA Zia M. Faruqui
　　　　555 Fourth Street, N.W., Room 4806
　　　　Washington, D.C. 20530