UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE TWELVE ELECTRONIC DEVICES ASSOCIATED WITH DOUGLAS GLANCY, STORED AT THE OFFICES OF THE CHILD EXPLOITATION AND OBSCENITY SECTION OF THE DEPARTMENT OF JUSTICE | : : : : : : : : : No. 1:17-mj-804 |

## ORDER

This matter came before the Court on the Government's motion for an order to unseal. In consideration of the criteria set forth in *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, this Court grants the Government's motion and Orders that:

1. The Clerk of the Court shall unseal the Search Warrant in the above captioned matter, Applications for Search Warrant, the Affidavit in Support of Application for Search Warrant, the Return on the Search Warrant, and any related pleadings.

**SO ORDERED**, this _____ day of November, 2019.

 

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE